AO 91 (Rev. 11/11) Criminal Complaint

UNDER SEAL

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| AMRIT JASWANT SINGH CHAHAL | ) | Case No. 1:18-MJ-70 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

FILED FEB 1 3 2018

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 6, 2017__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | wire fraud |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

AUSAs Matthew Burke and Jamar Walker

*Complainant's signature*

Jeffrey Weeks, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

/s/
John F. Anderson
United States Magistrate Judge
*Judge's signature*

Date: 2/13/2018

City and state: Alexandria, VA

United States Magistrate Judge
*Printed name and title*