AO 442 (Rev. 01/09) Arrest Warrant

**UNDER SEAL** Unsealed 2/14/18

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| AMRIT JASWANT SINGH CHAHAL | ) | Case No. 1:18-MJ-70 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* AMRIT JAWANT SINGH CHAHAL ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
wire fraud, in violation of 18 U.S.C. § 1343

Date: 2/13/2018

/s/
John F. Anderson
United States Magistrate Judge
*Issuing officer's signature*

City and state:   Alexandria, VA

John F. Anderson, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/13/18 , and the person was arrested on *(date)* 2/14/18
at *(city and state)* Fairfax, VA .

Date: 2/14/18

*Arresting officer's signature*

Jeffrey Weeks, FBI
*Printed name and title*