IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

vs.

Case No: 1:18-MJ-70

AMRIT JASWANT SINGH CHAHAL

### ORDER OF SUBSTITUTION OF COUNSEL

THE COURT, having considered the request of the Defendant, Amrit Jaswant Singh Chahal, hereby notes the appearance of James R. Tate and Tate, Bywater, Fuller, Mickelsen & Tull, PLC, as counsel for the Defendant; and further

ORDERS that John Edward Carter, shall be and hereby is granted leave to withdraw as counsel for the Defendant;

ENTERED this _____ day of _____, 20_____.

_____
Judge,
United States District Court

I ASK FOR THIS:

_____
James R. Tate, VA#6241
Tate, Bywater, Fuller, Mickelsen & Tull, PLC
2740 Chain Bridge Rd.
Vienna, VA 22181
Phone: (703) 938-5100
FAX: (703) 991-0605
jtate@tatebywater.com
Attorney for Defendant

SEEN AND AGREED

_____
John Edward Carter
John E. Carter, PC
4103 Chain Bridge Road Suite #101
Fairfax, VA 22030
Phone: (703) 591-2985
FAX: (703) 591-2965
JCarterPC@aol.com

TATE BYWATER
2740 Chain Bridge Rd.
Vienna, VA 22181
703-938-5100
FAX: 703-255-1097