

JAMES R. TATE+
DOUGLAS E. BYWATER*
GARY B. FULLER^#
PAUL L. MICKELSEN•+
TRAVIS D. TULL

CHRISTOPHER B. HATCH
MEGAN I.H. TAYLOR

**TATE BYWATER**
TATE, BYWATER, FULLER, MICKELSEN & TULL

ATTORNEYS AT LAW
2740 Chain Bridge Road, Vienna, VA 22181 | P. 703-938-5100 | F. 703-255-1097
firm@tatebywater.com

TATEBYWATER.COM
ALL ADMITTED IN VA
ALSO ADMITTED IN:
DC • | MD +
CT ^ | CA #

SE HABLA ESPAÑOL

March 20, 2018

US District Court
Attn: Clerk of Court
401 Courthouse Square
Alexandria, VA 22314

          Re:      Amrit Jaswant Singh Chahal
          Case No:  1:18-MJ-70

Dear Clerk,

    I hope this letter finds you well. Please find enclosed our Substitution Order. Please do not hesitate to contact our office should you have any questions at 703.938.5100. Thank you.

                                          Kind regards,

                                        Lizet Gonzales
                                        Legal Assistant